1    SUSAN KOEHLER SULLIVAN (Bar No. 156418)
        susan.sullivan@clydeco.us
2    BRETT C. SAFFORD (Bar No. 292048)
        brett.safford@clydeco.us
3    CLYDE & CO US LLP
     355 S. Grand Avenue, Suite 1400 Floor
4    Los Angeles, California 90071
     Telephone:  213.358.7600
5    Facsimile:  213.358.7650

6    ROBERT MANGINO (*pro hac vice*)
        robert.mangino@clydeco.us
7    CLYDE & CO US LLP
     200 Campus Drive, Suite 300
8    Florham Park, NJ 07932
     Telephone: 973.210.6700
9    Facsimile: 973.210.6701

10   MICHAEL S. SHUSTER (*pro hac vice*)
        mshuster@hsgllp.com
11   DANIEL M. SULLIVAN (*pro hac vice*)
        dsullivan@hsgllp.com
12   BLAIR E. KAMINSKY (*pro hac vice*)
        bkaminsky@hsgllp.com
13   MARGARET B. HOPPIN (*pro hac vice*)
        mhoppin@hsgllp.com
14   HOLWELL SHUSTER AND GOLDBERG LLP
     425 Lexington Avenue
15   New York, NY 10017
     Telephone:  646.837.5151
16   Facsimile:  646.837.5150

17   *Attorneys for Third-Party Defendant and*
     *Third Party Counterclaim Plaintiff ACE*
18   *Property and Casualty Insurance Company*

19              UNITED STATES DISTRICT COURT
20          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO
21

22   AIU INSURANCE COMPANY and NATIONAL          Civil Case Nos.: 3:20-cv-07469-JSC
     UNION FIRE INSURANCE COMPANY OF                              3:20-cv-09356-JSC
23   PITTSBURGH, PA,
                                                  **JOINT STIPULATION**
24        Plaintiffs and Counterclaim Defendants, **REGARDING BRIEFING**
                                                  **SCHEDULE AND PAGE**
25        v.                                      **LIMITATIONS AND [PROPOSED]**
                                                  **ORDER**
26   McKESSON CORPORATION f/k/a MCKESSON
27   HBOC, INC.,

28

Defendant, Counterclaim Plaintiff, Third
Party Plaintiff, and Third Party
Counterclaim Defendant,

v.

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

Third Party Defendant and Third Party
Counterclaim Plaintiff.

McKesson Corporation ("McKesson"), National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and ACE Property and Casualty Insurance Company ("ACE") (National Union and ACE together, "Insurers"), hereby stipulate as follows:

**WHEREAS**, on April 30, 2021, McKesson filed a Motion for Partial Summary Judgment on the Duty to Defend (hereinafter "McKesson's Motion");

**WHEREAS**, on August 20, 2021, the Court entered the parties' Joint Stipulation Regarding Briefing Schedule, whereby Insurers' Opposition to McKesson's Motion and Cross-Motion for Summary Judgment would be filed October 20, 2021, McKesson's Reply and Opposition to Insurers' Cross-Motion for Summary Judgment would be filed November 19, 2021, and Insurers' Reply would be filed December 10, 2021;

**WHEREAS**, Insurers advised McKesson on October 14, 2021 that each Insurer intends to file its own opposition and cross-motion on October 20, 2021 and, further, that Insurers interpret the Civil Local Rules for the Northern District of California to authorize a 50-page limit for each Insurer's combined opposition and cross-motion (totaling 100 pages between both Insurers), and an 80-page limit for McKesson's replies and oppositions to such cross-motions;

**WHEREAS**, Insurers proposed a stipulation pursuant to which a 40-page limit would apply to each of their respective combined oppositions and cross-motions (totaling 80 pages combined), and an 80-page limit would apply to McKesson's oppositions and replies;

**WHEREAS**, in response to the Insurers' proposal, McKesson requested and the parties agreed to a two-week extension of the deadline for McKesson's Reply and Oppositions to Insurers' Cross-Motions for Summary Judgment, from November 19, 2021 to December 3, 2021;

**WHEREAS**, the parties agreed accordingly to move Insurers' Reply brief deadline from December 10, 2021, to December 23, 2021.

**WHEREAS**, Insurers and McKesson have agreed upon the below briefing schedule and page limits, pending the permission of the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between McKesson and Insurers, through their undersigned counsel, that the following briefing schedule shall be applicable to this case:

| Event | Date | Page Limit |
|---|---|---|
| Insurers' Oppositions to McKesson's Motion and Cross-Motions for Summary Judgment | October 20, 2021 (date unchanged) | 80 pages collectively, to be filed in one or more briefs |
| McKesson's Replies and Oppositions to Insurers' Cross-Motions for Summary Judgment | December 3, 2021 (formerly November 19, 2021) | 80 pages collectively, to be filed in one or more briefs |
| Insurers' Reply | December 23, 2021 (formerly December 10, 2021) | 30 pages collectively, to be filed in one or more briefs |
| Motion Hearing | January 13, 2022 at 9:00 a.m. | |

**IT IS SO STIPULATED.**

DATED: October 19, 2021                    HOLWELL SHUSTER & GOLDBERG LLP

                                           By:      /s/ Daniel M. Sullivan
                                                    Daniel M. Sullivan

*Attorneys for Third-Party Defendant and Third Party Counterclaim Plaintiff ACE Property and Casualty Insurance Company*

DATED: October 19, 2021                    WILLKIE FARR AND GALLAGHER LLP

By:      */s/* Christopher St. Jeanos
          Christopher St. Jeanos

*Attorneys for Plaintiffs and Counterclaim Defendants AIU Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

DATED: October 19, 2021                    COVINGTON & BURLING LLP

By:      */s/* Cléa P.M. Liquard
          Cléa P.M. Liquard

*Attorneys for Defendant, Counterclaim Plaintiff, Third-Party Plaintiff, and Third Party Counterclaim Defendant McKesson Corporation*

## SIGNATURE ATTESTATION

Pursuant to Northern District of California Local Rule 5-1, I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 19, 2021                    HOLWELL SHUSTER & GOLDBERG LLP

By:      */s/* Daniel M. Sullivan
          Daniel M. Sullivan

*Attorneys for Third-Party Defendant and Third Party Counterclaim Plaintiff ACE Property and Casualty Insurance Company*

4

JOINT STIPULATION REGARDING BRIEFING SCHEDULE
AND PAGE LIMITATIONS AND [PROPOSED] ORDER,
Case Nos.: 3:20-cv-07469-JSC; 3:20-cv-09356-JSC

1

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION REGARDING
BRIEFING SCHEDULE AND PAGE LIMITATIONS**

2

3    The hearing on the motion is reset to January 27, 2022 at 9:00 a.m. by Zoom videoconference.

4    PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6    DATED:   October 20, 2021

7                                              Hon. Jacqueline Scott Corley
                                              United States

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28